UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 2:08-CR-28 |
| | ) | |
| BRANDON L. DAMPIER and ISAAC C. KING | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Dennis H. Inman, [Doc. 76], which recommends that the defendants' motions to suppress, [Docs. 25, 33], and defendant Dampier's supplemental motion to suppress, [Doc. 68] be denied. Both defendants have objected to the Report and Recommendation [Docs. 77, 82]. After careful and *de novo* consideration of the Report and Recommendation, defendants' objections thereto, the transcript of the November 4, 2008, evidentiary hearing, and the complete record herein, this Court finds that the objections are not well taken and should, therefore, be overruled. The Court therefore **ADOPTS** and **ACCEPTS** the recommendation of the United States Magistrate Judge, defendants' objections thereto are **OVERRULED** and defendants' motions to suppress are **DENIED**. [Docs. 25, 33, 68].

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE